IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | Crim. No. 07-246 |
| | : | Civ. No. 12-1959 |
| | : | |
| KENNETH JOHN HENDRIX | : | |
| | : | |

# O R D E R

Petitioner has filed a pro se § 2255 petition to vacate, set aside, or correct his sentence. *(Doc. No. 106.)* The Government has moved to dismiss. *(Doc. No. 109.)* Because I have appointed counsel to represent Petitioner in this matter, I will dismiss the pro se petition without prejudice to Petitioner filing a counseled petition.

**AND NOW**, this 27th day of November, 2012, it is hereby **ORDERED** that the pro se § 2255 petition *(Doc. No. 106)* is **DENIED WITHOUT PREJUDICE** to the filing of a counseled petition. The Government's Motion to Dismiss *(Doc. No. 109)* is **DENIED** as moot.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.